UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80877-CIV-CANNON/Reinhart

**RHINO FISH, LLC**,

    Plaintiff,

v.

**STEWART & STEVENSON FDDA LLC**,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation [ECF No. 40]. On January 20, 2022, the Court referred Defendant's Motion to Dismiss and/or Transfer Plaintiff's Second Amended Complaint [ECF No. 35] to Magistrate Judge Bruce E. Reinhart for a Report and Recommendation [ECF No. 39]. On February 16, 2022, Judge Reinhart issued a Report ("R&R") recommending that the Court deny Defendant's Motion to Dismiss and/or Transfer Plaintiff's Second Amended Complaint [ECF No. 40 p. 7]. The R&R states that the parties shall file any objections within fourteen days of the date of service of the R&R [ECF No. 40 p. 7]. No party has filed objections.

Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that Defendants' Motion to Dismiss and/or Transfer Plaintiff's Second Amended Complaint [ECF No. 35] should be **DENIED** for the reasons set forth therein.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.     The R&R [ECF No. 40] is **ADOPTED**.

CASE NO. 21-80877-CIV-CANNON/Reinhart

2. Defendant's Motion to Dismiss and/or Transfer Plaintiff's Second Amended Complaint [ECF No. 35] is **DENIED**.

3. Defendant shall file an answer to Plaintiff's Second Amended Complaint on or before **April 5, 2022**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of March 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record